UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

NATHAN SPARKS                                                                                          PLAINTIFF

v.                                        No. 2:21-CV-02085

STATE FARM FIRE AND
CASUALTY COMPANY                                                                              DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 3rd day of November, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE